# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO AGUILAR RAMOS, an individual, and MARIBEL RAMOS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: CV 20-10440-DMG (AGRx)<br><br>**ORDER OF DISMISSAL [24]** |

Based on the parties' stipulation, and good cause appearing therefor, the stipulation is APPROVED. The above-captioned action, including all claims and counterclaims stated herein against all parties, is dismissed with prejudice, in its entirety, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: October 15, 2021

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE